Walter J. Rubens, Florence S. Rubens, Ethel R. Silver, Robert L. Rubens and Lee H. Rubens, Appellants, v. Harry S. Rubens, Richard H. Rubens and Rubens & Marble, Inc., Appellees.

Gen. No. 47,784.

First District, First Division.

April 25, 1960.

Rehearing denied June 21, 1960.

Reversed and remanded.

Altheimer, Kabaker, Lipson & Naiburg (Isaac B. Lipson, Alan J. Altheimer, and Lionel G. Gross, of counsel) for appellants; Stiefel, Greenberg, Burns & Baldridge (Charles W. Stiefel, Jr., of counsel) for appellees. Opinion by JUSTICE McCORMICK. Not to be published in full.